# United States District Court

Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date: 9-26-6

DOCKET NO.: 1:06cv1208

Dear Sir/Madam,

Pursuant to an Order of this Court, the above-entitled action is transferred to your District. The papers enclosed herewith constitute the entire file in this action. A certified copy of the Order of Transfer is included in lieu of the original, which is retained in our files.

The enclosed copy of this letter is for your convenience in acknowledging receipt of the file.

Yours truly,
J. Michael McMahon, Clerk of Court

By: Lori Aquino
Deputy Clerk

Fed Ex # 8575 0916 5300

RECEIPT IS ACKNOWLEGED OF THE DOCUMENTS DESCRIBED HEREIN AND ASSIGNED CASE NUMBER:

_____ ON DATE: _____

CASE TRANSFERRED OUT FORM