CLOSED, ECF, RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:06-cv-01208-DAB
## Internal Use Only

Cutler v. National Association of Securities
Dealers, Inc.
Assigned to: Judge Deborah A. Batts
Demand: $5,000,000
Related Case: 1:06-cv-01085-DAB
Cause: 28:1332 Diversity-Other Contract

Date Filed: 02/16/2006
Jury Demand: Plaintiff
Nature of Suit: 190 Contract:
Other
Jurisdiction: Diversity

**Plaintiff**

**Linda Cutler**
*on Behalf of Herself and all
Others Similarly Situated*

represented by **John Balestriere**
Ballestriere, P.L.L.C.
225 Broadway
Suite 2700
New York, NY 10007
US
212 374-5400
Fax: 212-661-8665
Email: jb@balestriere.net
*LEAD ATTORNEY
ATTORNEY TO BE
NOTICED*

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK

V.

**Defendant**

**National Association of
Securities Dealers, Inc.**

represented by **Matthew Dempsey McGill**
Gibson, Dunn and Crutcher
(DC)
1050 Connecticut Ave. NW.,
Washington, DC 20008

Case 1:06-cv-01322-JDB    Document 3-2    Filed 10/06/2006    Page 2 of 4

(202)-887-3680
Fax: (202)-530-9662
Email:
mmcgill@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2006 | ●1 | COMPLAINT against National Association of Securities Dealers, Inc.. (Filing Fee $ 250.00, Receipt Number 570225)Document filed by Linda Cutler.(es, ) Additional attachment(s) added on 2/23/2006 (jeh, ). (Entered: 02/16/2006) |
| 02/16/2006 | ● | SUMMONS ISSUED as to National Association of Securities Dealers, Inc.. (es, ) (Entered: 02/16/2006) |
| 02/16/2006 | ● | Case Designated ECF. (es, ) (Entered: 02/16/2006) |
| 02/16/2006 | ●2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Linda Cutler.(es, ) Additional attachment(s) added on 2/23/2006 (jmi, ). (Entered: 02/16/2006) |
| 02/16/2006 | ● | CASE REFERRED TO Judge Deborah A. Batts as possibly related to 06-cv-1085. (es, ) (Entered: 02/16/2006) |
| 02/27/2006 | ● | CASE ACCEPTED AS RELATED TO 1:06-cv-1085. Notice of Assignment to follow. (laq, ) (Entered: 03/02/2006) |
| 02/27/2006 | ●3 | NOTICE OF CASE ASSIGNMENT to Judge Deborah A. Batts. Judge Unassigned no longer assigned to the case. (laq, ) (Entered: 03/02/2006) |
| 02/27/2006 | ● | Magistrate Judge Michael H. Dolinger is so designated. (laq, ) (Entered: 03/02/2006) |
|  | ● |  |

| 03/02/2006 | | Mailed notice to the attorney(s) of record. (laq, ) (Entered: 03/02/2006) |
|---|---|---|
| 03/03/2006 | ●4 | NOTICE OF APPEARANCE by Matthew Dempsey McGill on behalf of National Association of Securities Dealers, Inc. (McGill, Matthew) (Entered: 03/03/2006) |
| 03/03/2006 | ●5 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by National Association of Securities Dealers, Inc..(McGill, Matthew) (Entered: 03/03/2006) |
| 03/10/2006 | ●6 | ORDER: For the reasons cited in defendant's accompanying memorandum of law, Defendant's unopposed motion to stay these proceedings is granted. (Signed by Judge Deborah A. Batts on 3/9/2006) (lb, ) (Entered: 03/10/2006) |
| 03/13/2006 | ●7 | NOTICE of Filing of Motion to Transfer. Document filed by National Association of Securities Dealers, Inc.. (Attachments: # 1 Appendix)(McGill, Matthew) (Entered: 03/13/2006) |
| 03/17/2006 | ●8 | ORDER Sherrie R. Savett and Michael T. Fantini are admitted to the bar of this Court pro hac vice. So Ordered. (Signed by Judge Deborah A. Batts on 3/17/06) (jco, ) (Entered: 03/20/2006) |
| 03/17/2006 | ● | Transmission to Attorney Admissions Clerk. Transmitted re: 8 Order, to the Attorney Admissions Clerk for updating of Attorney Information. (jco, ) (Entered: 03/20/2006) |
| 03/20/2006 | ●9 | MOTION to Withdraw 1 Complaint. Document filed by Linda Cutler. (Balestriere, John) (Entered: 03/20/2006) |
| 03/21/2006 | ●10 | RESPONSE to Motion re: 9 MOTION to Withdraw 1 Complaint.. Document filed by National Association of Securities Dealers, Inc.. (McGill, Matthew) (Entered: 03/21/2006) |

| 08/15/2006 | ⊜11 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. - S.D.N.Y to the United States District Court - District of Washington. (Signed by Judge MDL Panel on 6/27/6) (laq, ) (Entered: 09/05/2006) |
| 08/15/2006 | ⊜ | MDL TRANSFER OUT: Mailed documents numbered 1-11, certified copy of docket entries and transfer order along with letter of acknowledgment to the United States District Court - District of Columbia. Mailed via Federal Express AIRBILL # 8575 0916 5300 on 9/5/6. (laq, ) (Entered: 09/05/2006) |