UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA CUTLER,<br><br>        Plaintiff,<br><br>   v.<br><br>NAT'L ASS'N OF SEC. DEALERS, INC.,<br><br>        Defendant. | Civil Action No.  06-1322 (JDB) |

ORDER

Plaintiff Linda Cutler originally filed this action in the United States District Court for the Southern District of New York on February 16, 2006.  See Cutler v. Nat'l Ass'n of Sec. Dealers, Inc., No. 06-cv-1208 (S.D.N.Y.).  Both plaintiff and defendant filed motions with the Judicial Panel on Multidistrict Litigation requesting that the action be consolidated as part of a multidistrict litigation.  Thereafter, on March 20, 2006, plaintiff filed a "motion to withdraw complaint" with the district court, which effected a voluntary dismissal of the action without order of the court pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Despite the filing of a notice of dismissal, the Cutler action was transferred from the Southern District of New York to this Court on October 6, 2006, where it was renumbered as civil action 06-1322 and consolidated for pretrial purposes in In re Series 7 Broker Qualification Exam Scoring Litigation, MDL No. 1772, 06-mc-355 (D.D.C.).  In addition, plaintiff filed a separate action in this Court on March 21, 2006, see Cutler v. Nat'l Ass'n of Sec. Dealers, Inc., No. 06-cv-525 (D.D.C.), which is also consolidated for pretrial purposes in In re Series 7 Broker Qualification Exam Scoring Litigation.  In light of plaintiff's notice of voluntary dismissal filed with the transferor court, it is this 26th day of April, 2007, hereby

**ORDERED** that the complaint is **DISMISSED** without prejudice.

**SO ORDERED.**

                                           /s/
                              JOHN D. BATES
                       United States District Judge